**Order entered September 19, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00631-CV

### IN THE INTEREST OF V.R.W. III, A CHILD

**On Appeal from the County Court**
**Kaufman County, Texas**
**Trial Court Cause No. 110502-CC**

### ORDER

On September 12, 2022, after appellant failed to comply with our directive to file written verification she had requested the reporter's record, we ordered the appeal submitted without the reporter's record and also ordered appellant's brief filed by October 12, 2022. The following day, the reporter's record was filed. Accordingly, we **VACATE** our September 12, 2022 order and **RESET** the deadline for filing appellant's brief to October 19, 2022.

/s/    KEN MOLBERG
       JUSTICE